# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| ALEATHA JESSIE | : | CASE NO: 16-10131ELF |
| | : | |
| Debtor | : | |
| _____ | : | |

## ORDER

AND NOW, upon consideration of the Debtor's Motion to Declare Avoidance of Lien (the "Motion"), any response thereto, and after notice and hearing;

It is **ORDERED**, that the Motion is **GRANTED**.

It is FURTHER **ORDERED** and **DETERMINED** that: the lien arising out of the mortgage on the real property located 4539 Tolbot St.. Philadelphia, PA 19136 (the "Property"), dated March 3, 2008, in favor of Citizens Bank of Pennsylvania ,and recorded with the Philadelphia Recorder of Deeds on March 18, 2008 at document number 51872402 has been **AVOIDED** pursuant to the Debtor's confirmed and completed chapter 13 plan.

Date:  6/17/20

_____
Eric L. Frank
United States Bankruptcy Judge