**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE                                          :        CHAPTER 13
                                               :
ALEATHA JESSIE                                 :        CASE NO: 16-10131ELF
                                               :
                                               :
                 Debtor                        :
                                               :
_____:

## ORDER

AND NOW, upon consideration of the Debtor's Motion to Enter Chapter 13 Discharge

(the "Discharge Motion"), after a hearing, and it appearing that the Debtor is entitled to a

discharge, it is hereby **ORDERED** that the Motion is **GRANTED**.   By separate order, the court

will grant the Debtor a discharge pursuant to 11 U.S.C. § 1328(a).

 Date:  6/17/20                          _____
                                         Eric L. Frank.
                                         United States Bankruptcy Judge